UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMMY HUTSON,

    Plaintiff,

vs.

UNISYS CORPORATION,

    Defendant.

Case No. 2:07-cv-15361
Hon. Patrick J. Duggan
Magistrate Judge Virginia M. Morgan

_____/

| | |
|---|---|
| Cary S. McGehee (P42318) | Cameron J. Evans (P47276) |
| Attorney for Plaintiff | Tara E. Mahoney (P68697) |
| Pitt, McGehee, Palmer, Rivers & Golden, P.C. | Attorneys for Defendant |
| 117 W. Fourth Street, Suite 200 | Honigman Miller Schwartz and Cohn LLP |
| Royal Oak, Michigan 48067-3837 | 2290 First National Building |
| (248) 398-9800 | 660 Woodward Avenue |
| | Detroit, Michigan 48226-3506 |
| | (313) 465-7000 |

_____/

## STIPULATED ORDER OF DISMISSAL OF CASE WITH PREJUDICE AND WITHOUT COSTS, INTEREST OR ATTORNEY FEES TO ANY PARTY

    At a session of said Court, held in the U.S. District Courthouse, Eastern District of Michigan, City of Detroit, State of Michigan on July 18, 2008.

    Present:  U.S. District Judge Patrick J. Duggan

    The parties having stipulated to the relief granted herein and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled case be, and the same hereby is, dismissed with prejudice and without costs, interest or attorney fees to any party.

IT IS SO ORDERED.


    s/PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE


STIPULATED AND APPROVED FOR ENTRY:

| | |
|---|---|
| Pitt, McGehee, Palmer, Rivers & Golden, P.C. | Honigman Miller Schwartz and Cohn LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | |
| By:   w/permission of Cary S. McGehee | By:   /s/ Tara E. Mahoney |
|     Cary S. McGehee (P42318) |     Cameron J. Evans (P47276) |
| 117 W. Fourth Street, Suite 200 |     Tara E. Mahoney (P68697) |
| Royal Oak, Michigan 48067-3837 | 660 Woodward Avenue, Ste. 2290 |
| (248) 398-9800 | Detroit, MI 48226-3506 |
| | (313) 465-7000 |
| | tmahoney@honigman.com |
| | |
| Dated: July 18, 2008 | Dated:  July 18, 2008 |